**Jessie L. O'DANIEL, Executrix of the Will of William Bryan O'Daniel, Deceased, Appellant, v. SAME.**

Nos. 9357, 9358.

Circuit Court of Appeals, Third Circuit.

Argued May 22, 1947.

Decided June 3, 1947.

Rehearing Denied July 10, 1947.

**Bessie W. HAHN, Administratrix, Ad Prosequendum of Estate of Edwin Robert Hahan, Deceased, Appellant, v. I-T-E. CIRCUIT BREAKER COMPANY, a Pennsylvania Corporation, Appellee.**

No. 9353.

Circuit Court of Appeals, Third Circuit.

Argued June 5, 1947.

Decided June 30, 1947.

James F. Masterson, of Philadelphia, Pa., for appellant.

Michael A. Foley, of Philadelphia, Pa., for appellee.

Before McLAUGHLIN, O'CONNELL, and KALODNER, Circuit Judges.

PER CURIAM.

We find no abuse of discretion by the Court below in refusing to grant a new trial to the appellant. As this is the only point in the case, the judgment of the District Court will therefore be affirmed.